# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

156150(55)(57)(60)(61)(62)(63)(64)(65)

JOSHUA WADE,
        Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN,
        Defendant-Appellee.
_____/

SC: 156150
COA: 330555
Ct of Claims: 15-000129-MZ

On order of the Chief Justice, the separate motions of the following groups to file briefs amicus curiae are GRANTED, and the amicus briefs are accepted for filing:

- Giffords Law Center to Prevent Gun Violence
- Brady, Team ENOUGH, and American Association of University Professors
- Everytown for Gun Safety and Students Demand Action at the University of Michigan
- March for Our Lives Action Fund
- Professors Joseph Blocher, Darrell Miller, and Eric Ruben
- Charles Branas, PhD, John J. Donohue III, PhD, David Hemenway, PhD, Peter T. Masiakos, MD, MS, FACS, FAAP, Sonali Rajan, EdD, Michael Siegel, MD, MPH, April M. Zeoli, PhD, MPH
- Firearms Policy Coalition and Firearms Policy Foundation

On further order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Andrew A. Bank, Lindsay Dofelmier, Ira M. Feinberg, and Evan W. Guimond to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2021



Clerk